IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT HUDSON,

    Petitioner,

v.                                        No. CV 13-0919 KG/CG

JAMES JANECKA, WARDEN,

    Respondent.

## FINAL JUDGMENT

**THE COURT**, having issued an order adopting the Magistrate Judge's *Proposed Finding and Recommended Disposition*, enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Petitioner Robert Hudson's *Petition for Writ of Habeas Corpus*, (Doc. 1), shall be dismissed with prejudice pursuant to the *Order Adopting Proposed Findings and Recommended Disposition*, and all requested relief shall be denied.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT